UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-cr-00301-D-1

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOSUE PELACIOUS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on Defendant's Consent Motion to Continue Sentencing [under seal]. Upon good cause shown, it is hereby **ORDERED** that the sentencing hearing in this matter shall be continued to the Court's December 2022 Term of Court.

**IT IS FURTHER ORDERED** that any delay that results from this continuance is excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. §3161(h)(7)(A) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial.

**SO ORDERED.** This, the 25 day of _October_, 2022.

JAMES C. DEVER III
United States District Judge